

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2015

No. 04-14-00341-CV

**BOARD OF ADJUSTMENT FOR CITY OF SAN ANTONIO** & Sarosh Management, LLC
d/b/a A-Z Food Mart,
Appellants

v.

**EAST CENTRAL INDEP. SCH. DISTRICT**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-17596
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:       Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

The panel has considered the appellant Board of Adjustment for the City of San Antonio's Motion for Rehearing, and the motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court